■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL COLON, Appellant. [688 NYS2d 886] —Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered September 5, 1996, convicting defendant, after a jury trial, of one count of robbery in the second degree and two counts of assault in the second degree, and sentencing him, as a second violent felony offender, to concurrent terms of 5 to 10 years and $3\frac{1}{2}$ to 7 years, consecutive to a term of $3\frac{1}{2}$ to 7 years, unanimously affirmed.

Brief and limited background testimony concerning one of the arresting officer's service with the Emergency Services Unit could not have deprived defendant of a fair trial. Concur—Sullivan, J. P., Williams, Rubin, Andrias and Friedman, JJ.